UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRENT GREGORY,<br><br>        Petitioner,<br><br>    v.<br><br>G. LEWIS, Warden,<br><br>        Respondent.<br>_____/ | No. C-12-0967 EMC (pr)<br><br>**ORDER RE PETITIONER'S LETTER OF APRIL 19, 2012**<br><br>**(Docket No. 8)** |

The Court has received from Petitioner a letter in which he complains that he has been denied access to the law library to prepare his traverse, and asks the Court to order the prison to grant him law library access. (Docket # 8.) The law library access request form attached to his letter explains that priority legal user status will be granted only for *pro se* prisoners who "have a verifiable legal deadline within thirty days." Docket # 8, p. 3. Petitioner's law library access request form was submitted on April 14, and stated that he had a court deadline of April 30. The request was denied because the order to show cause listed Petitioner's deadline as May 31; Petitioner was directed to "resubmit [the] request around May 1, 2012." *Id.* The Court will not order prison officials to provide law library access for petitioner, as he apparently needs only to comply with prison rules to obtain it on his own. The Court will, however, extend the deadline to give him more time to prepare his traverse. The traverse must be filed and served no later than **June 11, 2012**.

    IT IS SO ORDERED.

Dated: May 9, 2012

_____
EDWARD M. CHEN
United States District Judge